**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Ralph Joseph Bennett, Debtor**                    **Case No. 22-50391-KMS**
                                                               **CHAPTER 13**

## <u>NOTICE</u>

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: August 7, 2026               Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                Jennifer Ann Curry Calvillo (MSBN 104367)
                                                The Rollins Law Firm, PLLC
                                                P.O. Box 13767
                                                Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  **Ralph Joseph Bennett, Debtor**      **Case No. 22-50391-KMS**
**CHAPTER 13**

**<u>MOTION TO MODIFY BANKRUPTCY PLAN</u>**

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on April 18, 2022, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor wishes to extend the term of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, dkt #113 (SDMS February 19, 2020).

    a. In this case, the start of the 60-month statutory deadline was based on the due date of the first plan payment under the confirmed plan, not the filing date. Judge Olack ordered that the plan be extended to 60 months from this payment date.

3. Debtor's first plan payment after confirmation was due August 7, 2022. Debtor wishes to extend the term of this case to August 7, 2027.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RALPH JOSEPH BENNETT

CASE NO: 22-50391-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/10/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/10/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RALPH JOSEPH BENNETT

CASE NO: 22-50391-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/10/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/10/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-50391-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI AUG 7 13-58-19 PST 2026

ALLY CAPITAL  CO AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

EXCLUDE

(U)GULFCO OF MISSISSIPPI  LLC

LVNV FUNDING LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND  WA 98083-0788

VANDERBILT MORTGAGE AND FINANCE  INC
CO ROBIN E PATE
ROSEN HARDWOOD  PA
PO BOX 2727
TUSCALOOSA  AL 35403-2727

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AARONS
3168 BIENVILLE BLVD
OCEAN SPRINGS  MS 39564-5731

AFFIRM  INC
PO BOX 720
SAN FRANCISCO  CA 94104-0720

EXCLUDE

(D)ALLY CAPITAL CO AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON  MN 55438-0901

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
CAPITAL ONE BANK USA  NA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(D)(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

EXCLUDE

(D)(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

FINGERHUT
13300 PIONEER TRAIL
EDEN PRAIRIE  MN 55347-4120

GULFCO OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

HMC GROUP
29065 CLEMENTS RD
WESTLAKE  OH 44145-1179

(P)MCPHAIL SANCHEZ  LLC
P O BOX 870
MOBILE AL 36601-0870

EXCLUDE

(D)LVNV FUNDING LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

EXCLUDE

(D)(P)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

MHG ANESTHESIA GROUP
PO BOX 2080
KILMARNOCK  VA 22482-2080

MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM  MD 21236-5904

EXCLUDE

(D)MARINER FINANCE  LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM  MD 21236-5904

MEMORIAL EMERGENCY PHY
PO BOX 2080
KILMARNOCK  VA 22482-2080

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT  MS 39502-1810

MEMORIAL HOSPITAL
CO WESSLER LAW FIRM
PO BOX 175
GULFPORT MS 39502-0175

(P)MERCHANTS ADJUSTMENT SERVICE  INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

QUANTUM3 GROUP LLC AS AGENT FOR
BLUESTEM AND SCUSA
PO BOX 788
KIRKLAND  WA  98083-0788


EXCLUDE

(D)QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND  WA 98083-0788

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

EXCLUDE

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318


SYNCHRONY BANK
PO BOX 105972
ATLANTA  GA 30348-5972

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKAMAZON
PO BOX 965015
ORLANDO  FL 32896-5015


EXCLUDE

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VANDERBILT MORTGAGE AND FINANCE  INC
PO BOX 9800
MARYVILLE  TN 37802-9800


WANDA BENNETT
15750 REANNA ST
SAUCIER  MS 39574-8171

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

PRICILLA A CAULFIELD
15750 REANNA ST
SAUCIER  MS 39574-8171


DEBTOR

RALPH JOSEPH BENNETT
106 ARTHUR CT
GULFPORT  MS 39503-3338

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749