# Proceeding Minutes / Proceeding Memo

**Case #:** 22-50391 **Case Name:** Ralph Joseph Bennett

**Set:** 08/27/2026 10:00 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 7/28/2026 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 08/18/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #78)

Response filed by the Debtor (Dkt. #80)

---

Minute Entry Re: (related document(s): [78] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 09/10/2026. Email received from Cuntz's office. (mcc)