**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**RALPH JOSEPH BENNETT,** **CASE NO. 22-50391-KMS**

**DEBTOR.** **CHAPTER 13**

**To: Thomas Carl Rollins, Jr**
**The Rollins Law Firm, PLLC**
**PO BOX 13767**
**Jackson, MS 39236**

**Notice of Deficiency**

On August 10, 2026, a Motion to Modify Bankruptcy Plan (Dkt. #79) was filed by you, on behalf of Ralph Joseph Bennett in the above-styled case.

**YOU ARE HEREBY NOTIFIED** that the attached proposed order is deficient for the following reason(s):

- Date in order has the incorrect year.

**YOU ARE FURTHER NOTIFIED** that failure to submit a proposed order, with the above corrections, on or before October 1, 2026, may result in an order dismissing the above-mentioned pleading without further notice or hearing.

**Date: September 17, 2026**

**Danny L. Miller, Clerk of Court**
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228-563-1790