United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-50391-KMS
Ralph Joseph Bennett Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Sep 17, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Ralph Joseph Bennett, 106 Arthur Ct., Gulfport, MS 39503-3338 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Ralph Joseph Bennett jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor Gulfco of Mississippi LLC jtucker@towerloan.com |
| Kent D. McPhail | on behalf of Creditor Carrington Mortgage Services LLC. bankruptcynotices@mslawyers.law, KentMcPhailAssociatesLLC@jubileebk.net |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robin Elizabeth Pate | on behalf of Creditor Vanderbilt Mortgage and Finance Inc. rpate@rrllaw.com, rpate@rosenharwood.com |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Ralph Joseph Bennett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**RALPH JOSEPH BENNETT,** **CASE NO. 22-50391-KMS**

**DEBTOR.** **CHAPTER 13**

**To: Thomas Carl Rollins, Jr**
**The Rollins Law Firm, PLLC**
**PO BOX 13767**
**Jackson, MS 39236**

**Notice of Deficiency**

On August 10, 2026, a Motion to Modify Bankruptcy Plan (Dkt. #79) was filed by you, on behalf of Ralph Joseph Bennett in the above-styled case.

**YOU ARE HEREBY NOTIFIED** that the attached proposed order is deficient for the following reason(s):

- Date in order has the incorrect year.

**YOU ARE FURTHER NOTIFIED** that failure to submit a proposed order, with the above corrections, on or before October 1, 2026, may result in an order dismissing the above-mentioned pleading without further notice or hearing.

**Date: September 17, 2026**

**Danny L. Miller, Clerk of Court**
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228-563-1790