United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-50391-KMS
Ralph Joseph Bennett Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Oct 05, 2026 Form ID: ntcdsm Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Joseph Bennett, 106 Arthur Ct., Gulfport, MS 39503-3338 |
| codb | + | Pricilla A. Caulfield, 15750 Reanna St., Saucier, MS 39574-8171 |
| 5097037 | + | MHG Anesthesia Group, PO Box 2080, Kilmarnock, VA 22482-2080 |
| 5097034 | + | Memorial Emergency Phy, P.O. Box 2080, Kilmarnock, VA 22482-2080 |
| 5100090 | + | Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| 5097035 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5097043 | + | Wanda Bennett, 15750 Reanna St, Saucier, MS 39574-8171 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotice@rosenharwood.com | Oct 05 2026 20:04:00 | Vanderbilt Mortgage and Finance, Inc., c/o Robin E. Pate, Rosen Hardwood, P.A., P.O. Box 2727, Tuscaloosa, AL 35403-2727 |
| 5097026 | + | Email/Text: kendall@leaseaarons.com | Oct 05 2026 20:05:00 | Aarons, 3168 Bienville Blvd, Ocean Springs, MS 39564-5731 |
| 5097027 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 05 2026 20:16:16 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5106565 | + | EDI: AISACG.COM | Oct 06 2026 01:13:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5097028 | + | EDI: GMACFS.COM | Oct 06 2026 01:13:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 5097029 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 05 2026 20:04:00 | Carrington Mortgage, P.O. Box 3489, Anaheim, CA 92803 |
| 5116734 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 05 2026 20:04:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim CA 92806 |
| 5106980 | + | EDI: AIS.COM | Oct 06 2026 01:13:00 | Capital One N.A., by American InfoSource as agent, Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5097030 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2026 20:16:10 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5117843 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 05 2026 20:04:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5097031 | + | Email/Text: hmcgrp@aol.com | Oct 05 2026 20:04:00 | Hmc Group, 29065 Clements Rd, Westlake, OH 44145-1179 |
| 5097032 | | Email/Text: bk@lendmarkfinancial.com | Oct 05 2026 20:04:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5102353 | | Email/Text: bk@lendmarkfinancial.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 05 2026 20:04:00 | Lendmark Financial Services LLC, 2118 Usher St NW, Covington GA 30014 |
| 5182604 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 20:16:13 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5099865 | | Email/Text: KentMcPhailAssociatesLLC@jubileebk.net | Oct 05 2026 20:04:00 | Kent D. McPhail, Kent McPhail & Associates, LLC, For Carrington Mortgage Services, LLC, P.O. Box 870, Mobile, AL 36601 |
| 5097036 | | Email/Text: sheri@masinc.org | Oct 05 2026 20:04:00 | Merchant Adjustment Se, 56 N Florida St, Mobile, AL 36607 |
| 5097033 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 05 2026 20:04:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5150406 | | EDI: Q3G.COM | Oct 06 2026 01:13:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5114956 | | EDI: Q3G.COM | Oct 06 2026 01:13:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5097038 | | Email/Text: bankruptcy@republicfinance.com | Oct 05 2026 20:05:00 | Republic Finance, 520 E Pass Rd Ste D, Gulfport, MS 39507 |
| 5101858 | | Email/Text: bankruptcy@republicfinance.com | Oct 05 2026 20:05:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5116729 | + | EDI: PRA.COM | Oct 06 2026 01:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5097039 | + | EDI: SYNC | Oct 06 2026 01:13:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5097040 | + | EDI: SYNC | Oct 06 2026 01:13:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5097041 | | Email/Text: bankruptcycourt@towerloan.com | Oct 05 2026 20:04:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5097042 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Oct 05 2026 20:05:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulfco of Mississippi, LLC |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, LLC., 1600 South Douglass Rd, Anaheim, CA 92806 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5234154 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5234155 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5117778 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Ralph Joseph Bennett jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor Gulfco of Mississippi LLC jtucker@towerloan.com |
| Kent D. McPhail | on behalf of Creditor Carrington Mortgage Services LLC. bankruptcynotices@mslawyers.law, KentMcPhailAssociatesLLC@jubileebk.net |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robin Elizabeth Pate | on behalf of Creditor Vanderbilt Mortgage and Finance Inc. rpate@rrllaw.com, rpate@rosenharwood.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ralph Joseph Bennett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 8

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

---

Case No.: 22−50391−KMS
Chapter: 13

In re:
Ralph Joseph Bennett
aka Ralph J Bennett
106 Arthur Ct.
Gulfport, MS 39503

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−7538

Employer Tax Identification No(s). (if any):

---

**Notice of Dismissal**

You are hereby notified that an Order Dismissing the above case was entered on October 5, 2026.

Dated: 10/5/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790